HARVEY P. SACKETT (72488)

**SACKETT**
**AND ASSOCIATES**
A PROFESSIONAL LAW CORP.
548 Market Street, Suite 38822
San Francisco, California 94104-5401
Telephone: (408) 295-7755
Facsimile:  (408) 295-7444
Email: hps@sackettlaw.com

/as

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHABANA N. HAHN, ) | Case No. 3:25-cv-11038-AMO |
| Plaintiff, ) | |
| ) | |
| v. ) | STIPULATION AND ~~PROPOSED~~ |
| ) | ORDER |
| ) | |
| COMMISSIONER OF SOCIAL SECURITY, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a sixty (60) day extension of time until May 26, 2026, in which to e-file her Opening Brief which is due on March 27, 2026. Defendant shall file any opposition, including cross-motion, on or before June 25, 2026. This extension is necessitated due to the number of cases Plaintiff's counsel must brief for the United States District Courts and the Ninth Circuit Court of Appeals. Plaintiff makes this request in good faith with no intention to unduly delay the proceedings. Defendant has no objection and has stipulated to the requested relief.

SACKETT
AND ASSOCIATES
A PROFESSIONAL LAW CORP.
548 Market Street, Suite 38822
San Francisco, CA 94104-5401
(628) 204-4644
(408) 295-7755

1

STIPULATION AND ORDER

Dated:   March 23, 2026

*/s/HARVEY P. SACKETT*
HARVEY P. SACKETT
Attorney for Plaintiff
SHABANA N. HAHN

Dated:   March 23, 2026

*/s/ERIN HIGHLAND*
ERIN HIGHLAND
Special Assistant U.S. Attorney
Social Security Administration
[*As authorized by email 3/23/26]

IT IS ORDERED.

Dated:        3/24/2026

ARACELI MARTÍNEZ-OLGUÍN
UNITED STATES DISTRICT JUDGE

SACKETT
AND ASSOCIATES
A PROFESSIONAL LAW CORP.
548 Market Street, Suite 38822
San Francisco, CA 94104-5401
(628) 204-4644
(408) 295-7755

2

STIPULATION AND ORDER